# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

### EDWARD THURMAN
### ADC # 084186

PLAINTIFF

v.                              No. 1:16-cv-146-DPM-BD

QUEEN, Sergeant, NCU; DOWNING,
Lieutenant, NCU; SPURLOCK, Sergeant,
NCU; STEPHEN WILLIAMS, Warden, NCU;
BILLY INMAN, Deputy Warden, NCU;
KEITH DAY, Building Mayor, NCU;
DEXTER PAYNE, Deputy Director, ADC;
BARBARA WILLIAMS, Inmate Grievance
Supervisor, ADC; and
JOHN DOE, Corporal, NCU                        DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 5,

and overrules Thurman's objections, № 11. FED. R. CIV. P. 72(b)(3).

Thurman's claims against Stephen Williams, Inman, Day, Barbara Williams,

Payne, and the Doe Defendant are dismissed without prejudice. Thurman's

claims for damages against Queen, Downing, and Spurlock in their official

capacities are dismissed with prejudice. His excessive-force claims against

Queen, Downing, and Spurlock can go forward.

So Ordered.

_DPMarshall J._

D.P. Marshall Jr.
United States District Judge

_8 November 2016_