IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDWARD THURMAN
ADC # 084186                                                                PLAINTIFF

v.                              No. 1:16-cv-146-DPM

QUEEN, Sergeant, NCU; DOWNING,
Lieutenant, NCU; and SPURLOCK,
Sergeant, NCU                                                               DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 33, and overrules Thurman's objections, № 35. FED. R. CIV. P. 72(b)(3). Thurman's appeal of grievance NC-16-642 ended when he failed to attach the required paperwork. *№ 15-3 at 2 & № 15-2 at 11*. And though the grievance policy allows the Chief Deputy, Deputy, or Assistant Director to process a grievance appeal that doesn't comply with the policy, that power is discretionary. *№ 15-2 at 11*. Failure to exercise that discretion in Thurman's favor doesn't amount to impermissible interference with the grievance process. *№ 35 at 5*.

Motion for summary judgment, № 15, granted. Thurman's excessive-force claims against Queen, Downing, and Spurlock, in their individual capacities, are dismissed without prejudice for failure to exhaust.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

3 April 2017