# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

EDWARD THURMAN
ADC # 084186                                                              PLAINTIFF

v.                               No. 1:16-cv-146-DPM

QUEEN, Sergeant, NCU; DOWNING,
Lieutenant, NCU; SPURLOCK, Sergeant,
NCU; STEPHEN WILLIAMS, Warden, NCU;
BILLY INMAN, Deputy Warden, NCU;
KEITH DAY, Building Mayor, NCU;
DEXTER PAYNE, Deputy Director, ADC;
BARBARA WILLIAMS, Inmate Grievance
Supervisor, ADC; and
JOHN DOE, Corporal, NCU                                                   DEFENDANTS

## ORDER

Motion to stay discovery, № 48, denied without prejudice. This case is pending before the United States Court of Appeals for the Eighth Circuit. No final scheduling order is in place; and nothing can happen in this Court until the appeal is resolved.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2017